■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAHSHON JACKSON, Appellant, v CHRISTOPHER ARTUZ, Respondent. [657 NYS2d 976] —In a habeas corpus proceeding, the petitioner appeals from a order of the Supreme Court, Dutchess County (Brands, J.), dated March 4, 1996, which denied his application for a writ of habeas corpus.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ. concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel., RONALD S. NIR, on Behalf of SAL BROWN, Petitioner, v MICHAEL JACOBSON, as Commissioner of the New York City Department of Corrections, Respondent. [657 NYS2d 976] —Writ of habeas corpus in the nature of an application for bail reduction upon Queens County Indictment No. 3668/95, to release the defendant on his own recognizance, or, in the alternative, fixing bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Miller, J. P., Joy, Goldstein and Florio, JJ., concur.